IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED
OCT 30 2006
IN THIS OFFICE
CLERK U.S. DISTRICT COURT
GREENSBORO, NC
BY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| BRIAN DAVID MOORE | : | 1:06CR 427 -1 |
| DUSTIN BRAY BAXTER | : | 1:06CR 427 -2 |
| BRIAN KEITH THOMAS | : | 1:06CR 427 -3 |

The Grand Jury charges:

COUNT ONE

From in or about May, 2006, up to and including July 20, 2006, the exact dates to the Grand Jurors unknown, in the Counties of Montgomery and Randolph, in the Middle District of North Carolina, BRIAN DAVID MOORE, DUSTIN BRAY BAXTER, BRIAN KEITH THOMAS, and divers other persons, known and unknown to the Grand Jurors, did knowingly, willfully and unlawfully conspire, confederate, and agree to commit offenses against the United States, that is:

1. To falsely make and counterfeit obligations of the United States, that is, Federal Reserve Notes, with intent to defraud, in violation of Title 18, United States Code, Section 471.

2. To, with intent to defraud, attempt to pass, utter, and keep in their possession falsely made, forged and counterfeited obligations of the United States, that is, Federal Reserve Notes, which they then knew to be falsely made, forged and

counterfeited; in violation of Title 18, United States Code, Sections 472.

METHOD AND MEANS

1. It was a part of the conspiracy that the co-conspirators manufactured and caused the manufacture of counterfeit Federal Reserve Notes.

2. It was a further part of the conspiracy that the co-conspirators transported and caused the transportation of counterfeit Federal Reserve Notes from 215 Owens Street, Star, North Carolina to Old High Point Street, Randleman, North Carolina, and elsewhere.

3. It was a further part of the conspiracy that the co-conspirators attempted to pass and utter counterfeit Federal Reserve Notes at restaurants in Fayetteville, North Carolina, and in Randleman, North Carolina.

4. It was a further part of the conspiracy that the co-conspirators were to split the genuine currency received through the passing of the counterfeit Federal Reserve Notes.

OVERT ACTS

In furtherance of the aforesaid conspiracy and to effect the objects and purposes thereof, the co-conspirators committed numerous overt acts in the Middle District of North Carolina, including, but not limited to the following:

1. In or about May, 2006, BRIAN DAVID MOORE and DUSTIN BRAY BAXTER purchased paper to be used in the manufacture of counterfeit Federal Reserve Notes.

2. In or about May, 2006, BRIAN DAVID MOORE and DUSTIN BRAY BAXTER manufactured counterfeit Federal Reserve Notes at 215 Owens Street, Star, North Carolina.

3. In or about July, 2006, BRIAN DAVID MOORE, DUSTIN BRAY BAXTER, and BRIAN KEITH THOMAS discussed the manufacture and uttering of counterfeit Federal Reserve Notes.

4. On or about July 20, 2006, DUSTIN BRAY BAXTER and BRIAN KEITH THOMAS attempted to pass and utter a counterfeit $100 Federal Reserve Note, at two restaurants located on Old High Point Road in Randleman, North Carolina, in the County of Randolph in the Middle District of North Carolina.

5. On or about July 20, 2006, BRIAN DAVID MOORE, DUSTIN BRAY BAXTER, and BRIAN KEITH THOMAS did possess a counterfeit $100 Federal Reserve Note, three uncut counterfeit $100 Federal Reserve Notes, and paper used in the manufacturing of counterfeit Federal Reserve Notes, at 215 Owens Street, Star, North Carolina.

All in violation of Title 18, United States Code, Section 371.

COUNT TWO

On or about July 20, 2006, in the County of Montgomery, in the Middle District of North Carolina, BRIAN DAVID MOORE, DUSTIN BRAY BAXTER and BRIAN KEITH THOMAS, with intent to defraud, did attempt

to pass and utter, and did keep in their possession, falsely made, forged, and counterfeited obligations of the United States, that is, approximately $200 in counterfeit Federal Reserve Notes, which each then knew to be falsely made, forged and counterfeited; in violation of Title 18, United States Code, Sections 472 and 2.

A TRUE BILL:

FOREPERSON

LISA B. BOGGS
ASSISTANT UNITED STATES ATTORNEY

ANNA MILLS WAGONER
UNITED STATES ATTORNEY